1  **PACIFIC TRIAL ATTORNEYS**
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialattorneys.com
3  4100 Newport Place Drive, Suite 800
   Newport Beach, CA 92660
4  Telephone: (949)706-6464
   Facsimile: (949)706-6469
5
   Attorney for Plaintiff
6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | ROY RIOS, an individual, | Case No. 8:19-cv-01921-JLS-KES |
12 | Plaintiff, | **DECLARATION OF SCOTT J. FERRELL IN SUPPORT OF MOTION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES** |
13 | v. | |
14 | WIREPATH HOME SYSTEMS, LLC, a North Carolina limited liability company; and DOES 1-10, inclusive, | |
15 | | |
16 | Defendants. | [Motion to Remand, Declaration of VaShaun Jones, and Request for Judicial Notice filed concurrently herewith; and [Proposed] Order lodged concurrently herewith] |
17 | | |
18 | | |
19 | | Date: December 13, 2019
Time: 10:30 a.m.
Ctrm: 10A
Judge: Hon. Josephine L. Staton |

## **DECLARATION OF SCOTT J. FERRELL**

I, Scott J. Ferrell, declare and state as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am counsel for Plaintiff Roy Rios ("Plaintiff") and make this declaration in support of Plaintiff's Motion to Remand this action to the Superior Court of California for the County of Los Angeles. I have personal knowledge of the following matters, or know them to be true based on my review of Pacific Trial Attorneys' records kept in the regular course of its business, and if called to testify concerning them, I could and would do so competently.

2. On October 11, 2019, as part of the parties' conference of counsel regarding the instant Motion to Remand, Corey M. Day, an attorney at the law firm of Stoel Rives LLP, Defendant's counsel, sent me a letter via email disclaiming reliance on Plaintiff's attorneys' fees as a basis for seeking removal to federal court in Defendant's Notice of Removal in the instant action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on October 15, 2019.

/s/*Scott J. Ferrell*
Scott J. Ferrell, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2019, I electronically filed the foregoing **DECLARATION SCOTT J. FERRELL IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*

Scott J. Ferrell