**PACIFIC TRIAL ATTORNEYS**
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Telephone: (949)706-6464
Facsimile: (949)706-6469

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RIOS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WIREPATH HOME SYSTEMS, LLC, a North Carolina limited liability company; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.  8:19-cv-01921-JLS-KES<br><br>**DECLARATION OF VASHAUN JONES IN SUPPORT OF MOTION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES**<br><br>[Motion to Remand and Request for Judicial Notice, Declaration of Scott Ferrell filed concurrently herewith; and [Proposed] Order lodged concurrently herewith]<br><br>Date:　December 13, 2019<br>Time:　10:30 a.m.<br>Ctrm:　10A |

DECLARATION OF VASHAUN JONES

**DECLARATION OF VASHAUN JONES**

I, VaShaun Jones, declare and state as follows:

1. I am over the age of 18 years old. I have personal knowledge of the following matters, and if called to testify concerning them, I could and would do so competently.

2. I am self-employed as the owner of Fedora Outlier LLC, a Georgia limited liability company registered as of May 9, 2012, which provides assistive technology for the disabled community including teaching, consulting, and support. My company has also been retained by businesses to remediate their commercial websites, which contain communication barriers to disabled persons including blind individuals.

3. In early October 2019, Fedora Outlier LLC conducted an initial review of the webpages of the website at https://www.sunbritetv.com ("the Website") to determine its accessibility to blind or other visually impaired persons. Based on such initial review, Fedora Outlier LLC has determined that such Website contains fixable communication barriers affecting the use of such Website by blind or other visually impaired persons, which prevent the use of such Website independently by blind or other visually impaired persons.

4. Based on such initial review, Fedora Outlier LLC's proposal is to remediate the Website at a total cost of $11,300.00 in order to make such Website fully and equally accessible to blind or other visually impaired persons. I have prepared a two-page written proposal dated October 11, 2019, regarding Fedora Outlier LLC's consultation, audit, and remediation proposal for the Website. Attached hereto as **Exhibit "1"** is a true and correct copy of Fedora Outlier LLC's consultation, audit, and remediation proposal dated October 11, 2019 for the Website.

///
///
///
///

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.  This declaration was executed on October 11, 2019.



VaShaun Jones

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2019, I electronically filed the foregoing **DECLARATION OF VASHAUN JONES IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*

Scott J. Ferrell