# Exhibit 1

Fedora Outlier LLC

20 Belmont Farms Dr.
Ellenwood, GA 30294
ph. 404-368-8779
Fax 888-467-2162

October 11, 2019

**Consultation, Audit and Remediation**

Website: https://www.sunbritetv.com

The above referenced website and the below referenced pages prevent a person who is blind or visually impaired from doing business with you independently. Our initial review of the website has given us errors that are fixable, but are currently barriers to potential disabled consumers.

**CONSULTING**

Fedora Outlier LLC works directly with your web development team to ensure you understand what the errors are and what is needed to fix them.

**AUDIT**

We will look at each page and its code and find the errors and create a solution by either modifying the code or creating a work-around that will please the potential consumer and the courts. We are your expert witness if ever needed and we stand by our audits.

**REMEDIATION**

We will fix all errors, making sure you are in compliance and certify that your site is accessible. We will provide you with an additional five years of support to ensure you stay in compliance with future updates and website changes.

Additional Pages:

https://www.sunbritetv.com/
https://www.sunbritetv.com/sunbritetv-products
https://www.sunbritetv.com/products/accessories/mounts
https://www.sunbritetv.com/products/accessories/speakers
https://www.sunbritetv.com/products/accessories/speakers/sunbritetv-outdoor-speaker
https://www.sunbritetv.com/products/televisions/veranda-patio-outdoor-4k-tv
https://www.sunbritetv.com/outdoor-commercial-digital-signage
https://www.sunbritetv.com/commercial-solutions/commercial-digital-signage/digital-signage/new-55-marquee-series-ds-5525l
https://www.sunbritetv.com/support/
https://www.sunbritetv.com/wheretobuy

Fedora Outlier LLC

20 Belmont Farms Dr.
Ellenwood, GA 30294
ph. 404-368-8779
Fax 888-467-2162

https://www.sunbritetv.com/about-sunbritetv
https://www.sunbritetv.com/customer/account/login/
https://www.sunbritetv.com/checkout/cart/
https://www.sunbritetv.com/compare-outdoortv-models/
https://www.sunbritetv.com/support/warranties-and-terms/return-policy
https://www.sunbritetv.com/support/dealers/dealer-application
https://www.sunbritetv.com/privacy-policy
https://www.sunbritetv.com/about/contact-us/general-questions
https://www.sunbritetv.com/catalogsearch/result/

Total to bring website compliant: $11,300.00

Fedora Outlier LLC appreciates your business and looks forward to your success!

VaShaun Jones

Visionary - Fedora Outlier LLC