PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RIOS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WIREPATH HOME SYSTEMS, LLC, a North Carolina limited liability company; and DOES 1 - 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:19-cv-01921-JLS-<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**<br><br>[Motion to Remand and Declarations of Scott J. Ferrell and VaShaun Jones filed concurrently herewith; and [Proposed] Order lodged concurrently herewith]<br><br>Date:　　December 13, 2019<br>Time:　　10:30 a.m.<br>Courtroom:　10A<br>Judge:　　Hon. Josephine L. Staton |

Plaintiff requests that the Court take judicial notice of the following documents in support of their Motion to Remand this Action to the Superior Court of California for the County of Los Angeles:

- The Honorable Samantha Jessner's May 21, 2018 order granting the plaintiff's motion for summary judgment in the action, *Thurston v. Midvale Corporation*, Los Angeles Superior Court case no. BC663214, and awarding statutory damages in the amount of $4,000, a true and correct copy of which is attached hereto as **Exhibit 1**.
- The Honorable Bryan F. Foster's March 21, 2016 Minute Order granting the plaintiff's motion for summary judgment in the action, *Davis v. BMI/BNB Travelware Company dba Colorado Bag'n Baggage*, San Bernardino Superior Court case no. CIVDS1504682, and awarding statutory damages in the amount of $4,000, a true and correct copy of which is attached hereto as **Exhibit 2**.

Judicial notice of the foregoing documents is proper because a noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court; or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). These documents cannot be subject to reasonable dispute because they are contained within the files of the courts. (*See e.g. Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of documents from court records)).

Dated: October 15, 2019            PACIFIC TRIAL ATTORNEYS, APC

By: /s/ Scott J. Ferrell
Scott. J. Ferrell
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, I electronically filed the foregoing **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell