# Exhibit 2

```
              COUNTY OF SAN BERNARDINO SUPERIOR COURT
                       STATE OF CALIFORNIA
                          MINUTE ORDER

CASE NO:       CIVDS1504682                DATE:   03/21/16

CASE TITLE:    DAVIS V BMI/BND TRAVELWARE

------------------------------------------------------------
DEPT: S22 03/21/16 TIME:  8:30
Motion Re: SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR SUMMARY
------------------------------------------------------------

COMPLAINT TYPE: CRD
```

BRYAN F FOSTER, JUDGE

Clerk: JENNIFER MEDINA

Court Reporter Stacey Dettmers; 13303

Court Attendant Robert Delgado



-

APPEARANCES:

Attorney VICTORIA C. KNOWLES present for Plaintiff/Petitioner.

Attorney CINDY S. CHANG present for Defendant/Respondent.

-

PROCEEDINGS:

Predisposition Hearing Held

-

Motion

EDWARD DAVIS's Motion RE: SUMMARY JUDGMENT OR SUMMARY ADJUDICATION is heard.

Argued by Counsel and submitted.

Matter taken under submission.

-

(the following was not reported)

Court rules as follows on submitted matter:

Court grants plaintiff's request and takes judicial notice of Plaintiff's Request for Judicial Notice Ex. 5 and judicial notice of the existence of Ex 1-4. Court denies plaintiff's requests as to

Request for Judicial Notice Exs. 6 & 7, plaintiff failed to provide a sufficient basis for judicial notice of these documents.

Court denies defendant's request as to Defendant's Request for Judicial Notice Exs. 2-3, 5-6, defendant failed to provide a sufficient basis for judicial notice. Court denies defendant's request as to Request for Judical Notice Ex.4, Section 508 of the Rehabilitation Act, as unnecessary. As for Defendant's Request for Judical Notice Ex. 1, court GRANTS the request and takes judicial notice that department of justice sought to obtain public commonts on proposed regulations regarding public accommodations via the internet.

Plaintiff's Evidentiary Objections :

Court OVERRULES Plaintiff's Objection no.'s 1-5; SUSTAINS Plaintiff's Objection No. 6.

Plaintiff's Motion for Summary Judgment/ Summary Adjudication:

Court GRANTS plaintiff's motion for summary judgment. Plaintiff has met his burden with respect to demonstrating violations of the ADA and Unruh Act. It is undisputed that plaintiff is disabled within the meaning of the ADA. Plaintiff also has presented sufficient evidence and legal argument to conclude Title III of the ADA applies to plaintiff's use of a website where plaintiff has demonstrated he sought good and services from a place of public accommodation because he demonstrated a sufficeient nexus exists between defendant's retail store and its website that directly affects plaintiff's ability to access good and services. Plaintiff also presented sufficient evidence that he was denied full and equal enjoyment of the goods, services, privileges, and accommodations offered by defendant because o  his disability.

Plaintiff has also met his burden of demonstrating that damages under the Unruh Act cause of action are $4,000. The undisputed evidence is that Plaintiff's access to the website was prevented by the Defendant at the time the website was designed. Repeated attempts at access to the website known by the Plaintiff to be unavailable to him does not constitute additional offenses under Civil Code sub section 52(a). Defendant failed to demonstrate any issues of material fact are in dispute.

As part of granting the motion, the Court grants plaintiff's request for injunctive relief, and enjoins defendant from violating the ADA and Unruh civil Rights Act and requires it to take steps necessary to make ColoradBaggage.com readily accessible to and usable by visually

impaired individuals or to terminate the website. As far as the

standard, Plaintiff's motion requested that defendant conform its website as set forth in the accessibility report for Colorado Bag and Baggage attached to the declaration of Ruh as Exhibit B, in light of defendant not offering any opposition to demonstrate such is not feasibly, the requested relief is granted as part of the injunction relief .

-

Judgment on COMPLAINT (UNLIMITED) of DAVIS ordered as follows:

Judgment for EDWARD DAVIS

Judgment against BMI/BNB TRAVELWARE COMPANY

Plaintiff to prepare order and judgment.

-

HEARINGS:

Order to show cause re : SUBMISSION OF JUDGMENT  set for 04/21/16 at 8:30 in department S22.

Vacate READI hearing scheduled for 04/21/16 at  8:30 in department S22.

Notice given by Judicial Assistant

Correspondence coversheet generated to mail COPY OF RULING ON SUBMITTED MATTER to counsel of record.

Action - Complete

=== MINUTE ORDER END ===

=== MINUTE ORDER END ===

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

SAN BERNARDION JUSTICE CENTER
247 W. 3RD ST
SAN BERNARDINO, CA  92415-0210

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

CASE NO: CIVDS1504682

VICTORIA C KNOWLES
4100 NEWPORT PLACE DR
SUITE 800
NEWPORT BEACH CA 92660

I M P O R T A N T   C O R R E S P O N D E N C E

From the above entitled court, enclosed you will find:

COPY OF RULING ON SUBMITTED MATTER

--------------------------------------------------------------------------------

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
(/) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
( ) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 03/21/16
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 03/21/16 at San Bernardino, CA

BY: JENNIFER MEDINA
--------------------------------------------------------------------------------
M A I L I N G   C O V E R   S H E E T