1  PACIFIC TRIAL ATTORNEYS
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialatttorneys.com
3  4100 Newport Place Drive, Suite 800
   Newport Beach, CA 92660
4  Telephone: (949) 706-6464

5  Attorney for Plaintiff

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ROY RIOS, an individual,                    Case No.  8:19-cv-01921-JLS-KES

12          Plaintiff,                          **[PROPOSED] ORDER ON MOTION
                                                TO REMAND TO SUPERIOR COURT
13          v.                                  OF CALIFORNIA FOR COUNTY OF
                                                LOS ANGELES**
14  WIREPATH HOME SYSTEMS, LLC, a
    North Carolina limited liability company;  [Notice of Motion and Motion to Remand
15  and DOES 1-10, inclusive,                   Action to the Superior Court of California;
                                                Declarations of VaShaun Jones and Scott
16          Defendants.                         J. Ferrell; and Request for Judicial Notice
                                                filed concurrently herewith]
17
                                                Date:  December 13, 2019
18                                              Time: 10:30 a.m.
                                                Ctrm: 10A
19                                              Judge: Hon. Josephine L. Staton
20

21

22

23

24

25

26

27

28

---

PROPOSED ORDER GRANTING MOTION TO REMAND

1  On _____, 2019, the Motion to Remand the Action to the Superior Court
2  of California for the County of Los Angeles filed by Plaintiff Roy Rios was scheduled
3  and taken under submission by this Court.  After reviewing the Motion and the arguments
4  submitted in support thereof and in opposition thereto:
5  IT IS HEREBY ORDERED that the Motion to Remand to State Court is
6  GRANTED.
7
8  Dated: _____
9
10
      _____
      Honorable Josephine L. Staton
11    *United States District Judge*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOTION TO REMAND

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2019, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING MOTION TO REMAND TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell

- 1 -
CERTIFICATE OF SERVICE